# UNITED STATES DISTRICT COURT
## For the
## District of Puerto Rico

RECEIVED & FILED

2014 SEP 17 PM 2: 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rico Sun Tours, Inc.

---

Plaintiff(s)

V.

Civil Action No. 14-cv-01583-JAG

EDGARD CAPELES VARGAS; RICARDO
SERRA CASTILLO; RICARDO RIVAS
TORRES; GERMAN VAZQUEZ; WILLIAM
TORRES; SAN JUAN HAPPY TOURS,
CORP.; UNITED TOUR GUIDES COOP OF
PUERTO RICO; UNION DE
TRANSPORTISTAS Y RAMAS ANEXAS, INC.

---

Defendant(s)

# MOTION OF DISMISSAL

To:

UNITED STATES DISTRIC COURT
For the District of Puerto Rico

Defendants, German Vazquez by his own right, respectfully state and pray to the Honorable Court and his Clerk of Court as follows:

1. On September 8, 2014, Plaintiff filed Motion for Entry of Default Final Judgment to a Union such called Union de Transportistas y Ramas Anexas, Inc. for violation of Section 1 and Section 2 of the Sherman Act, 15 U.S.C. & 1, et seg (Dkt. No.1).
2. Plaintiff pleaded that copy of said Complaint and Summons in this civil action was served upon UTRA President, German Vazquez (That never occur).
3. The Co-Defendants German Vazquez was summons in august 4, 2014 as individual in the Complaint (See copy of summons attached), never was summons in representation of such Union.
4. Therefore, Plaintiff files a Proof of Service improperly at the Clerk Office of this court.

# UNITED STATES DISTRICT COURT
## For the
## District of Puerto Rico

5. If a corporation is suing an officer must be served and that never happened. The document filed at the Clerk Office (Proof of Service) is improperly and false.

Therefore, German Vazquez, President of Union de Transporte y Ramas Anexas (UTRA) RESPECTFULLY PRAYS THAT THIS COURT ACCEPT THIS Motion of Dismissal.

Respectfully submitted, in San Juan, Puerto Rico, and this 17 Day of September, 2014.

It is hereby certified that the foregoing motion with clerk of court was send via Certified Mail to Plaintiff (RST) legal counsel; Caselles Alcover & Burgos, P.S.C., PO BOX 364924, San Juan, P.R. 00936-4924.

GERMAN VAZQUEZ COLON
PO BOX 9021821
SAN JUAN, PR 00902-1821